IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 09cr971 |
| v. | ) ) | Judge John F. Grady |
| JEFFERY CARTER | ) |  |

### MOTION TO WITHDRAW AS APPOINTED COUNSEL

The Federal Defender Program and its attorney MIANGEL C. CODY, respectfully requests that Ms. Cody be allowed to withdraw as appointed counsel for defendant Jeffery Carter. In further support, defendant states as follows:

1. Jeffery Carter was taken into federal custody on November 19, 2009. The Federal Defender Program and its attorney, MiAngel Cody, were appointed to represent Mr. Carter at the initial appearance and arraignment, which was held on November 23, 2009. Mr. Carter has entered a plea of not guilty, and the case is scheduled to proceed to trial on February 2, 2011.

2. Serious differences have arisen between Mr. Carter and Ms. Cody. Without going into the substance of attorney-client discussions, Mr. Carter has requested undersigned counsel to file a number of motions and take defensive steps which may lack a legal, strategic or ethical basis. Counsel is not sure that she has effectively informed the client as to what it is that he is facing or what his options are. A good deal of effort has been expended in this regard, and a good deal of that effort has resulted in

conflict between attorney and client. It appears that Mr. Carter does not trust Ms. Cody's advice and opinions about the law. As a result, an unproductive attorney-client relationship presently exists.

    3. This probably constitutes a conflict of interest. At very least, it appears that Mr. Carter might benefit from a second opinion. If new counsel's opinions happen to coincide with present counsel's, it is at least possible that Mr. Carter may start to believe that the opinions are not held for reasons of incompetence, disloyalty, or animosity.

    4. For these reasons, defense counsel moves to withdraw from the case, and requests that a different attorney be appointed to counsel Mr. Carter.

    WHEREFORE, for the above-noted reasons, defendant respectfully requests that the Federal Defender Program and Ms. Cody be allowed to withdraw as appointed counsel in this case, and that a member of the Federal Defender Panel be appointed to represent Mr. Carter.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    Carol A. Brook
    Executive Director

    By:____/s/ *MiAngel Cody*_____
        MiAngel C. Cody

MIANGEL C. CODY
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8348

## **CERTIFICATE OF SERVICE**

      The undersigned, MiAngel Cody, an attorney with the Federal Defender Program, hereby certifies that the following document:

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

was served on December 17, 2010, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to ECF filers, and was sent by first-class mail or by hand delivery to non-ECF filers, if any.

                              By:    *s/ MiAngel Cody*
                                       MIANGEL CODY
                                       FEDERAL DEFENDER PROGRAM
                                       55 E. Monroe St., Ste. 2800
                                       Chicago, IL 60603
                                       (312) 621-8348